THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RENNA, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

REALTY ASSOCIATES SECURITIES CORPORATION, Plaintiff, v. ROSEMITH REALTY, INC., and Others, Defendants, and JOSEPH SMITH, Appellant. CORNELIUS FERGUESON, JR., Receiver, Respondent.— Order granting motion of receiver to punish defendant tenant for contempt affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Carswell, Scudder and Davis, JJ., concur.

OTTO E. REXHOUSE, Respondent, v. JOHN DALEY, Doing Business as the AMSTERDAM DISPATCH COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ROBERT H. ROSS, Appellant, v. MORRIS PASTER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HARRY ROTHSTADT, Appellant, v. GOLDBERG & SQUIRE, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MARY SACCOMANNO and ANGELINE SACCOMANNO, Individually and as Temporary Administrators, etc., of GIUSEPPE MOSTACIULO, Deceased, and Others, Appellants, v. PELLEGRINO MOSTACIULO, Also Known as MICHAEL ROSE, and MOSTACIULO HOLDING CORPORATION, a Domestic Corporation, Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

RICHARD SACK, Respondent, v. JULIUS LEVY, Appellant.— Order denying motion to dismiss amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that said complaint fails to state facts sufficient to constitute a cause of action. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Scudder, J., not voting.